Appeals for the Third Circuit denied. *Mr. Horace Pettit* for petitioners. *Mr. William C. Strawbridge* for respondent.

No. 625. CHARLES C. WILSON, PETITIONER, *v.* ATLANTIC COAST LINE RAILROAD COMPANY ET AL. May 1, 1905. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Burton Smith* for petitioner. *Mr. F. G. du Bignon* for respondent.

No. 626. HERBERT BARBER ET AL., PETITIONERS, *v.* EDWARD R. LAZARUS. May 1, 1905. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Second Circuit denied. *Mr. J. Parker Kirlin* for petitioners. *Mr. Anson M. Beard* for respondent.

No. 622. PETER PEARSON ET AL., PETITIONERS, *v.* WILLIAM WILLIAMS, UNITED STATES COMMISSIONER OF IMMIGRATION. May 8, 1905. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Second Circuit granted. *Mr. Eugene Treadwell* for petitioners. *The Attorney General* and *The Solicitor General* for respondent.

No. 632. WILLIAM S. BRYAN, PETITIONER, *v.* JOSEPH C. DUPOYSTER ET AL. May 8, 1905. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Sixth Circuit denied. *Mr. C. C. Calhoun* and *Mr. S. T. G. Smith* for petitioner. *Mr. Ira Julian* for respondents.

No. 637. THE CONSUMERS' GAS TRUST COMPANY ET AL., PETITIONERS, *v.* BYRON C. QUINBY. May 8, 1905. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Seventh Circuit denied. *Mr. Addison C.*